UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARDE EVANS, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC, *et al.*, <br><br> Defendant. | ) <br> ) <br> ) <br> )    2:10-cv-01224-JCM-LRL <br> ) <br> )    **MINUTE ORDER** <br> ) <br> ) <br> ) <br> )    Dated:    October 19, 2010 |

PRESENT: THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT: Carol DePino     RECORDER: None

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): None Appearing

    Before the court is defendants' Notice of Related Case and Request to Transfer Case to the Honorable Philip M. Pro (#9), filed on August 30, 2010. On October 15, 2010, the court converted the Notice (#9) into a Motion to Consolidate with case 06-cv-00225 (#9). Defendants wish to have Judge Pro assigned as the district judge for the instant case because he was the district judge in a previous, similar matter, *Nancy Hall v. Wal-Mart Stores, Inc., et. al.,* 06-cv-00225-PMP-PAL, which was closed on November 2, 2009. Because *Hall v. Wal-Mart* is no longer an open case, the instant case -- *Evans v. Wal-Mart Stores* -- cannot be consolidated with it. Defendants' motion is essentially a request that this case be transferred from Judge Mahan to Judge Pro because of Judge Pro's "familiarity with the issues in the *Hall Action* and given the overlapping nature of the *Hall Action* and this action." This is a form of judge shopping, which is inappropriate.

    IT IS THEREFORE ORDERED that defendants' Motion to Consolidate (#9) is denied.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**