1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:10-CV-1224 JCM (LRL)

CHARDE EVANS,

       Plaintiff,

v.

WAL-MART STORES, INC., et al.,

       Defendants.

**ORDER**

Presently before the court is defendant Wal-Mart Stores, Inc.'s motion to dismiss and/or in the alternative for partial summary judgment. (Doc. #18). The plaintiff filed a statement of non-opposition. (Doc. #22).

The instant motion seeks to dismiss those claims which overlap with and have been released as part of a class action settlement approved by Judge Pro as part of the settlement of *In re: Employment Practices Litigation*, MDL No. 1735, 2:06-cv-225-PMP-PAL. In the notice of non-opposition, plaintiff agrees not to assert any claims that occurred prior to February 27, 2009, the effective date of the settlement in Judge Pro's case. (Doc. #22).

Accordingly,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Wal-Mart

2    Stores, Inc.'s motion to dismiss is hereby GRANTED. The defendant shall prepare an appropriate

3    order outlining which claims overlap with the settlement and should be dismissed.

4        DATED October 29, 2010.

5

6    _____
     **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -