MARK E. FERRARIO (Bar No. 1625)
ERIC W. SWANIS (Bar No. 6840)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: FerrarioM@gtlaw.com
       SwanisE@gtlaw.com

BRIAN L. DUFFY, ESQ.
NAOMI G. BEER, ESQ.
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: DuffyB@gtlaw.com
       BeerN@gtlaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS on behalf of herself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 2:10-cv-01224-JCM-LRL |

**SECOND JOINT STIPULATION AND ORDER FOR LIMITED STAY OF**

**DISCOVERY PENDING MEDIATION AND ORDER THEREON**

WHEREAS, after the filing of the answer, the parties agreed in principle to mediate and try to resolve the case so as to avoid litigation expense if possible. After agreeing to use Hon.

1

DEN 97,576,679v1 8-8-11

Gene Porter (ret.), a mediator experienced in both class action and labor matters, the parties attended one session of mediation.

Plaintiff Charde Evans and Defendant WAL-MART Stores, Inc., by and through their undersigned counsel, hereby stipulate to stay discovery, including disclosures under Fed. R. Civ. P. § 26.  This stay shall be in effect until November 7, 2011.

The parties were unable to reach a settlement.  It was agreed that additional information would be exchanged with a goal of setting another session of mediation.  As a result the parties request this court to stay these proceedings until November 7, 2011.  This is the second stay requested.  The parties are proceeding in good faith and believe this stay will enable them to better explore a potential resolution of this matter.  Therefore the parties request this court to stay these proceedings until November 7, 2011.

DATED this 8th day of August, 2011.

| GREENBERG TRAURIG, LLP | THIERMAN LAW FIRM |
|---|---|
| By: /s/ *Eric W. Swanis* <br> MARK E. FERRARIO (Bar No. 1625) <br> ERIC W. SWANIS (Bar No. 6840) <br> 3773 Howard Hughes Parkway <br> Suite 400 North <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant* | By: /s/ *Mark R. Thierman* <br> MARK R. THIERMAN (Bar No. 8285) <br> 7287 Lakeside Drive <br> Reno, Nevada 89511 <br><br> DAVID R. MARKHAM (CA Bar No. 71814) <br> R. CRAIG CLARK (CA Bar No. 129219) <br> JAMES M. TREGLIO (CA Bar No. 228077) <br> CLARK & MARKHAM LLP <br> 600 B Street, Suite 2130 <br> San Diego, CA 92101 <br> *Attorneys for Plaintiffs* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____

2

DEN 97,576,679v1 8-8-11