Mark E. Ferrario (Bar No. 1625)
Eric W. Swanis (Bar No. 6840)
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: FerrarioM@gtlaw.com
       SwanisE@gtlaw.com

Brian L. Duffy, Esq.
Naomi G. Beer, Esq.
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: DuffyB@gtlaw.com
       BeerN@gtlaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS on behalf of herself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 2:10-cv-01224-JCM-LRL |

## AMENDED JOINT STIPULATION AND ORDER FOR

## LIMITED STAY PENDING MEDIATION AND ORDER THEREON

WHEREAS, the Court recently signed the parties' stipulation for a limited stay pending mediation [Docket #41], which stipulation is made so that the parties may undergo mediation;

1

*DEN 98070064v1*

1     WHEREAS, the mediator, Honorable Gene Porter (Ret.), had to re-schedule the mediation for December 14, 2012;

    WHEREAS, the stay recently entered by the Court expires prior to the re-scheduled mediation date;

    THEREFORE, the parties hereby stipulate and request the Court to stay these proceedings until January 14, 2013.

    DATED this 26th day of November, 2012.

**GREENBERG TRAURIG, LLP**

By: /s/ *Eric W. Swanis*
MARK E. FERRARIO (Bar No. 1625)
ERIC W. SWANIS (Bar No. 6840)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant*

**THIERMAN LAW FIRM**

By: /s/ *Mark R. Thierman*
MARK R. THIERMAN (Bar No. 8285)
7287 Lakeside Drive
Reno, Nevada 89511

DAVID R. MARKHAM (CA Bar No. 71814)
R. CRAIG CLARK (CA Bar No. 129219)
JAMES M. TREGLIO (CA Bar No. 228077)
CLARK & MARKHAM LLP
600 B Street, Suite 2130
San Diego, CA 92101
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE
DATED: November 28, 2012

2

DEN 98070064v1