UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARDE EVANS, on behalf of herself, and all others similarly situated, Plaintiff - Appellant, v. WAL-MART STORES, INC., Defendant - Appellee. | No. 14-16566 D.C. No. 2:10-cv-01224-JCM-VCF U.S. District Court for Nevada, Las Vegas **MANDATE** |

The judgment of this Court, entered August 15, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $203.20.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores Poblano
Deputy Clerk