# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

CHARDE EVANS,

        Plaintiff,

vs.

WAL-MART STORES, INC.,

        Defendants.

2:10-cv-01224-JCM-VCF

**ORDER**

Before the Court is Plaintiff's Request for Status Conference (ECF No. 72).

IT IS HEREBY ORDERED that Plaintiff's Request for Status Conference (ECF No. 72) is GRANTED.

IT IS FURTHER ORDERED that a status conference is scheduled for 10:00 a.m., September 29, 2016, in courtroom 3D.

DATED this 23rd day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE