Mark R. Thierman, Esq. (Nev. Bar No. 8285)
mark@thiermanbuck.com
Joshua D. Buck, Esq. (Nev. Bar No. 12187)
josh@thiermanbuck.com
Leah L. Jones, Esq. (Nev. Bar No. 13161)
leah@thiermanbuck.com
**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Fax: (775) 703-5027

David R. Markham, CA. Bar No. 071814 (pro hac vice)
dmarkham@markham-law.com
Janine R. Menhennet, CA. Bar No. 163501 (pro hac vice)
jmenhennet@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
(619) 399-3995

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:10-cv-01224-JCM-VCF<br><br>**PLAINTIFF'S MOTION TO VACATE STATUS CONFERENCE SET FOR SEPTEMBER 15, 2017**<br><br>Date: September 15, 2017<br>Time: 10:00 a.m.<br>Judge: Magistrate Ferenbach<br><br><br>Judge: Hon. James C. Mahan |

Plaintiff respectfully requests that this Court vacate the Status Conference scheduled for September 15, 2017 at 10:00 a.m. because the Nevada Supreme Court has yet to issue its decision in *Neville v. Eighth Judicial District Court of the State of Nevada*, Nev. Sup. Ct. No. 70696.

Dated: September 11, 2017                Respectfully submitted:

                                                  THIERMAN BUCK LLP

                                                  By: s/*Joshua D. Buck*
                                                        Joshua D. Buck
                                                *Attorneys for Plaintiff and the Class*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

This Court granted Wal-Mart's motion to stay the case pending the Nevada Supreme Court's decision in *Neville v. Eighth Judicial District Court of the State of Nevada*, Nev. Sup. Ct. No. 70696 ("*Neville*"). *See* ECF No. 91.

Counsel for Plaintiff is also counsel for Petitioner in the *Neville* action.[1] The Nevada Supreme Court heard oral argument on Neville's Petition on July 17, 2017.[2] As of the date of filing this Motion, the Nevada Supreme Court has not issued its decision in *Neville*. Counsel for Plaintiff expects a decision in *Neville* in the next few months. Upon issuance of a decision in *Neville*, Counsel for Plaintiff will provide this court with a Notice of Decision no later than seven (7) days after the issuance of the decision by the Nevada Supreme Court.

Dated: September 11, 2017                Respectfully submitted:

                                                  THIERMAN BUCK LLP

                                                  By: s/*Joshua D. Buck*
                                                         Joshua D. Buck
                                               *Attorneys for Plaintiff and the Class*

---

[1] The *Neville* docket can be found at: http://caseinfo.nvsupremecourt.us/public/caseView.do;jsessionid=02F070F991ECE4DADD4507D238D0986D?csIID=39913 (last visited Aug. 16, 2017).

[2] An audio transcript of the oral argument in *Neville* can be found at: http://nvcourts.gov/Supreme/Arguments/Recordings/NEVILLE,_JR__VS__DISTRICT_COURT_(TERRIBLE_HERBST,_INC_)/ (last visited Aug. 16, 2017).

**[PROPOSED] ORDER**

Plaintiff's Motion to Vacate the September 15, 2017 Status Conference is GRANTED.

Plaintiff shall file a Notice of Decision within seven (7) days after the Nevada Supreme Court's ruling in *Neville v. Eighth Judicial District Court of the State of Nevada*, Nev. Sup. Ct. No. 70696.

**IT IS SO ORDERED.**

DATED: _____September 12_____, 2017

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE