Mark R. Thierman, Esq. (Nev. Bar 8285)
mark@thiermanbuck.com
Joshua D. Buck, Esq. (Nev. Bar 12187)
josh@thiermanbuck.com
Leah L. Jones, Esq. (Nev. Bar 13161)
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Fax: (775) 703-5027

Naomi G. Beer
BeerN@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: 303.572.6549
Fax: 720.904.7649

*Attorneys for Defendant Wal-Mart Stores, Inc.*

David R. Markham, CA Bar 071814
(pro hac vice)
dmarkham@markham-law.com
THE MARKHAM LAW FIRM
750 B Street, Suite 1950
San Diego, CA 92101
(619) 399-3995

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 2:10-cv-01224-JCM-VCF<br><br>**STIPULATION AND ORDER RE CLASS NOTICE**<br><br>**[FIRST REQUEST]** |

The Court directed Plaintiff to file a "motion for circulation of notice" within twenty-one (21) days of its order granting, in part, Plaintiff's third renewed motion for class certification. (ECF No. 100). So as to conserve resources, Plaintiff CHARDE EVANS, on

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com

behalf of herself and all class members ("Plaintiff"), and Defendant WAL-MART STORES, INC. ("Defendant') (collectively, "the Parties"), by and through their respective counsel of record, are in the process of meeting and conferring in an attempt to agree upon the form and timing of class notice ("Notice") and are in active discussions to resume mediation of this action. The Parties thus respectfully ask the Court for a 14-day extension of time to submit an agreed upon Notice and/or to inform the court of potential dates for resumed mediation.

**IT IS SO STIPULATED.**

DATED this 1st day of August 2018.          DATED this 1st day of August 2018.

Thierman Buck, LLP                          Greenberg Traurig, LLP

*/s/Joshua D. Buck*                         */s/Naomi G. Beer*
Mark R. Thierman                            Naomi G. Beer
Nevada Bar No. 8285                         BeerN@gtlaw.com
Joshua D. Buck                              Greenberg Traurig, LLP
Nevada Bar No. 12187                        1200 17th Street, Suite 2400
Leah L. Jones                               Denver, Colorado 80202
Nevada Bar No. 13161                        Telephone: 303.572.6549
7287 Lakeside Drive                         Fax:  720.904.7649
Reno, NV  89511

                                            *Attorneys for Defendant Wal-Mart Stores, Inc.*
*Attorneys for Plaintiff and the Class*

## ORDER

The Court hereby GRANTS the Parties' Stipulation and Orders the Parties to inform the court no later than 14-days from the entry of this Order as to the status of the Notice any potential dates for dispute resolution.

**IT IS SO ORDERED.**

DATED August 3, 2018.

                                            _____
                                            UNITED STATES DISTRICT JUDGE