| | |
|---|---|
| MARK E. FERRARIO (Bar No. 1625)<br>ERIC W. SWANIS (Bar No. 6840)<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway<br>Suite 500 North<br>Las Vegas, Nevada 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: FerrarioM@gtlaw.com<br>    SwanisE@gtlaw.com<br><br>BRIAN L. DUFFY, ESQ. (*Admitted Pro Hac Vice*)<br>NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*)<br>GREENBERG TRAURIG, LLP<br>1200 Seventeenth Street, Suite 2400<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>Facsimile: (303) 572-6540<br>Email: DuffyB@gtlaw.com<br>    BeerN@gtlaw.com<br><br>*Attorneys for Defendant* | Mark R. Thierman (Nev. Bar 8285)<br>mark@thiermanbuck.com<br>Joshua D. Buck (Nev. Bar 12187)<br>josh@thiermanbuck.com<br>Leah L. Jones (Nev. Bar 13161)<br>leah@thiermanbuck.com<br>THIERMAN BUCK, LLP<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Fax: (775) 703-5027<br><br>David R. Markham (*Admitted Pro Hac Vice*)<br>dmarkham@markham-law.com<br>THE MARKHAM LAW FIRM<br>750 B Street, Suite 1950<br>San Diego, CA 92101<br>Telephone: (619) 399-3995<br><br>*Attorneys for Plaintiff and the Class* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS on behalf of herself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, Inclusive,<br><br>    Defendant. | Case No. 2:10-cv-01224-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

WHEREAS, On November 7, 2018, Plaintiff filed two motions: (1) Motion for Leave to File First Amended Complaint and Add Names Plaintiff and Proposed Class Representative Lisa Pizzurro Westcott (Dkt. #106); and (2) Motion to Amend the Class Certification Order ECF 100 Pursuant to FRCP 23(c)(1)(C) (Dkt. #107) (collectively "Plaintiff's Motions").

1

WHEREAS, Parties have agreed that a briefing schedule makes sense with respect to the response and reply dates for Plaintiff's Motions.

THEREFORE, the Parties hereby stipulate and request the Court to enter the following schedule.

1. Wal-Mart shall file its responses to Plaintiff's Motions on or before December 7, 2018;
2. Plaintiff shall file her reply in support of Plaintiff's Motions on or before December 28, 2018; and
3. The Parties request Plaintiff's Motions be set for a hearing on the earliest practicable date convenient to all Parties and the Court after January 1, 2019.

Dated this ____ day of November, 2018.

**GREENBERG TRAURIG, LLP**

By: */s/ Naomi G. Beer*
BRIAN L. DUFFY, ESQ.(*Admitted Pro Hac Vice*)
NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202

MARK E. FERRARIO (Bar No. 1625)
ERIC W. SWANIS (Bar No. 6840)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169

*Attorneys for Defendants*

**THIERMAN BUCK, LLP**

By: */s/Joshua D. Buck*
MARK R. THIERMAN (Bar No. 8285)
JOSHUA D. BUCK (Bar No. 12187)
7287 Lakeside Drive
Reno, Nevada 89511

**THE MARKHAM LAW FIRM**
DAVID R. MARKHAM (CA Bar No. 71814)
600 B Street, Suite 2130
San Diego, CA 92101

*Attorneys for Plaintiff and the Class*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE
DATED: November 16, 2018

*DEN 99740859v1*