Mark R. Thierman, Esq. (Nev. Bar No. 8285)
mark@thiermanbuck.com
Joshua D. Buck, Esq. (Nev. Bar No. 12187)
josh@thiermanbuck.com
Leah L. Jones, Esq. (Nev. Bar No. 13161)
leah@thiermanbuck.com
**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Fax: (775) 703-5027

David R. Markham, (Ca. Bar No. 071814) (*admitted pro hac vice*)
dmarkham@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
(619) 399-3995

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS, on behalf of herself, and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 2:10-cv-01224-JCM-VCF<br><br>CLASS ACTION<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLIES IN SUPPORT OF:**<br><br>**(1) MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF 106)**<br>**(2) MOTION TO AMEND CLASS CERTIFICATION ORDER (ECF 107)**<br><br>**(First Request)**<br><br>**AND ORDER THEREON** |

**STIPULATION FOR EXTENSION OF TIME**

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

Plaintiff Charde Evans ("Plaintiff") and Defendants Wal-Mart Stores, Inc. ("Defendant") hereby stipulate and agree to an extension of time up to and including January 4, 2019 for Plaintiff to file her replies in support of (1) Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 106) and (2) Plaintiff's Motion to Amend the Class Certification Order (ECF No. 107).

This is the first request for extensions of time for Plaintiff to file her replies to these motions. Counsel are requesting these extensions due to counsel's vacation plans, professional commitment and existing workload.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request is sought in good faith and not for purposes of delay.

DATED this 12th day of December 2018.        DATED this 12th day of December 2018.

THIERMAN BUCK LLP                            GREENBERG TRAURIG LLP


/s/*Joshua D. Buck*                          /s/*Naomi G. Beer*
Mark R. Thierman, Esq.                       Brian L. Duffy, Admitted Pro Hac Vice
Nevada Bar No. 8285                          Naomi G. Beer, Admitted Pro Hac Vice
Joshua D. Buck, Esq.                         1200 17th Street
Nevada Bar No. 12187                         Suite 2400
Leah L. Jones, Esq.                          Denver, CO  80202
Nevada Bar No. 13161
7287 Lakeside Drive                          Mark E. Ferrario, Bar No. 1625
Reno, Nevada 89511                           Eric W. Swanis, Bar No. 6840
                                             10845 Griffith Peak Drive, Suite 600
*Attorneys for Plaintiffs*                   Las Vegas, NV 89135

                                             *Attorneys for Defendant*

                                               **ORDER**


           **IT IS SO ORDERED.**


           Dated December 17, 2018.



                              _____
                              UNITED STATES DISTRICT COURT JUDGE