# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS, on behalf of herself, and all others similarly situated,<br><br>          Plaintiff,<br>  v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50, Inclusive,<br><br>          Defendants. | Case No. 2:10-cv-01224-JCM-VCF<br><br>**ORDER APPROVING PROPOSED NOTICE OF PENDING CLASS ACTION LAWSUIT** |

**ORDER**

Upon consideration of the Proposed Notice of Pending Class Action Lawsuit filed on October 7, 2019, at docket number 118 ("Class Notice"), the Court hereby approves the parties' stipulated form of Class Notice. The parties shall comply with the schedule of the distribution of Class Notice as provided in Joint Discovery Plan and Scheduling Order, issued on September 30, 2019, at docket number 117.

**IT IS SO ORDERED.**

Dated this <u>16th</u> day of October 2019.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Leeanna Carcione, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 750 B Street, Suite 1950, San Diego, CA 92101. On October 16, 2019, I instituted service of the forgoing document(s) described as:

- **[PROPOSED] ORDER APPROVING PROPOSED NOTICE OF PENDING CLASS ACTION LAWSUIT**

On the following interested parties and in the manner as follows:

<u>Counsel for Defendant Wal-Mart Stores, Inc.:</u>

MARK E. FERRARIO (Bar No. 1625)
ERIC W. SWANIS (Bar No. 6840)
GREENBERG TRAURIG LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

BRIAN L. DUFFY, ESQ. (*Admitted Pro Hac Vice*)
NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

[X]    by notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed October 16, 2019, at San Diego, California.

/s/ *Leeanna Carcione*
Leeanna Carcione