UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CHARDE EVANS, | Case No. 2:10-CV-1224 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| WAL-MART STORE, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Evans v. Wal-Mart Stores, Inc.*, case no. 2:10-cv-01224-JCM-VCF. On November 8, 2019, defendant Wal-Mart Stores, Inc. ("defendant") filed a notice of settlement. (ECF No. 124). The parties indicated that they would be able to complete the settlement documentation and that plaintiff would file her motion for preliminary approval within thirty (30) days of that notice. *Id.* To date, nothing has been filed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the plaintiff shall file a motion for preliminary approval, or the parties shall file a joint status report on or before January 3, 2020.

DATED December 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan
U.S. District Judge**