| | |
|---|---|
| MARK E. FERRARIO (Bar No. 1625)<br>ERIC W. SWANIS (Bar No. 6840)<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: FerrarioM@gtlaw.com<br>         SwanisE@gtlaw.com<br><br>BRIAN L. DUFFY, ESQ. (*Admitted Pro Hac Vice*)<br>NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*)<br>GREENBERG TRAURIG, LLP<br>1200 Seventeenth Street, Suite 2400<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>Facsimile: (303) 572-6540<br>Email: DuffyB@gtlaw.com<br>         BeerN@gtlaw.com<br><br>*Attorneys for Defendant* | MARK R. THIERMAN (Nev. Bar 8285)<br>mark@thiermanbuck.com<br>JOSHUA D. BUCK (Nev. Bar 12187)<br>josh@thiermanbuck.com<br>LEAH L. JONES (Nev. Bar 13161)<br>leah@thiermanbuck.com<br>THIERMAN BUCK, LLP<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Fax: (775) 703-5027<br><br>DAVID R. MARKHAM (*Admitted Pro Hac Vice*)<br>dmarkham@markham-law.com<br>THE MARKHAM LAW FIRM<br>750 B Street, Suite 1950<br>San Diego, CA 92101<br>Telephone: (619) 399-3995<br><br>*Attorneys for Plaintiff and the Class* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS on behalf of herself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, Inclusive,<br><br>    Defendant. | Case No. 2:10-cv-01224-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER REGARDING SETTLEMENT DOCUMENTS** |

WHEREAS, On November 8, 2019, the Parties filed a Notice of Settlement informing the Court that they had reached an agreement in principle to resolve all claims and that they anticipated that Plaintiff would file her Motion for Preliminary Approval within thirty days (Dkt. # 124); and

WHEREAS, the Parties have been working diligently on the written settlement documents but were not able to finalize those documents within the anticipated 30-day time period; and

1

**Greenberg Traurig, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 891335
(702) 792-3773
(702) 792-9002 (fax)

WHEREAS, the Court issued an Order on December 24, 2019, requiring that, on or before January 3, 2020, either Plaintiff file her Motion for Preliminary Approval or the Parties file a joint status report (Dkt. #125); and

WHEREAS, the Parties are close to finalizing the settlement documents and being in a position for Plaintiff to file her Motion for Preliminary Approval but in light of the intervening holidays the Parties have not been able to fully finalize the documents and need an additional two weeks to finalize the documents and obtain all necessary signatures.

THEREFORE, the Parties hereby stipulate and request the Court allow Plaintiff an additional two weeks, until January 17, 2020 to file her Motion for Preliminary Approval.

Dated this 3rd day of January, 2020.

**GREENBERG TRAURIG, LLP**

By: */s/ Mark E. Ferrario*
MARK E. FERRARIO (Bar No. 1625)
ERIC W. SWANIS (Bar No. 6840)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

BRIAN L. DUFFY, ESQ.(*Admitted Pro Hac Vice*)
NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202

*Attorneys for Defendants*

**THIERMAN BUCK, LLP**

By: */s/ Joshua D. Buck*
MARK R. THIERMAN (Bar No. 8285)
JOSHUA D. BUCK (Bar No. 12187)
7287 Lakeside Drive
Reno, Nevada 89511

**THE MARKHAM LAW FIRM**
DAVID R. MARKHAM (CA Bar No. 71814)
600 B Street, Suite 2130
San Diego, CA 92101

*Attorneys for Plaintiff and the Class*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: January 6, 2020

ACTIVE 47927745v1

2