| | |
|---|---|
| Mark E. Ferrario (Bar No. 1625)<br>Eric W. Swanis (Bar No. 6840)<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 500 North<br>Las Vegas, Nevada 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: FerrarioM@gtlaw.com<br>        SwanisE@gtlaw.com<br><br>Brian L. Duffy, Esq. (*Admitted Pro Hac Vice*)<br>Naomi G. Beer, Esq. (*Admitted Pro Hac Vice*)<br>Greenberg Traurig, LLP<br>1200 Seventeenth Street, Suite 2400<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>Facsimile: (303) 572-6540<br>Email: DuffyB@gtlaw.com<br>        BeerN@gtlaw.com<br><br>*Attorneys for Defendant* | Mark R. Thierman (Nev. Bar 8285)<br>mark@thiermanbuck.com<br>Joshua D. Buck (Nev. Bar 12187)<br>josh@thiermanbuck.com<br>Leah L. Jones (Nev. Bar 13161)<br>leah@thiermanbuck.com<br>Thierman Buck, LLP<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Fax: (775) 703-5027<br><br>David R. Markham (*Admitted Pro Hac Vice*)<br>dmarkham@markham-law.com<br>The Markham Law Firm<br>750 B Street, Suite 1950<br>San Diego, CA  92101<br>Telephone: (619) 399-3995<br><br>*Attorneys for Plaintiff and the Class* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS on behalf of herself and all others similarly situated,<br><br>          Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, Inclusive,<br><br>          Defendant. | Case No. 2:10-cv-01224-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER REGARDING DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

**WHEREAS**, On February 24, 2020, the Court entered an order granting preliminary approval of the proposed settlement (Dkt. #129) ordering, inter alia, that Plaintiffs shall file their Motion for Final Approval within 21 days after the acceptance period deadline.

**WHEREAS**, the acceptance period deadline occurred on May 7, 2020, making May 28, 2020 the due date for Plaintiffs to file their Motion for Final Approval.

1

WHEREAS, the settlement administrator, Simpluris, Inc., has been working diligently in coordination with counsel for Plaintiffs and Defendant to review the results of the claims process and provide information needed for Plaintiffs' Motion for Final Approval.

WHEREAS, the Parties recognize Plaintiffs' and Simpluris' need for additional time to more fully review the results of the claims process and prepare declarations in support of the Motion for Final Approval.

THEREFORE, the Parties hereby stipulate and request the Court allow Plaintiffs one additional week, until June 5, 2020, to file their Motion for Final Approval.

Dated this 28th day of May, 2020.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **THIERMAN BUCK, LLP** |
| By:  /s/ Naomi G. Beer | By: /s/Joshua D. Buck |
| BRIAN L. DUFFY, ESQ.(*Admitted Pro Hac Vice*) | MARK R. THIERMAN (Bar No. 8285) |
| NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*) | JOSHUA D. BUCK (Bar No. 12187) |
| GREENBERG TRAURIG, LLP | 7287 Lakeside Drive |
| 1200 Seventeenth Street, Suite 2400 | Reno, Nevada 89511 |
| Denver, Colorado 80202 | |
| | **THE MARKHAM LAW FIRM** |
| MARK E. FERRARIO (Bar No. 1625) | DAVID R. MARKHAM (CA Bar No. 71814) |
| ERIC W. SWANIS (Bar No. 6840) | 600 B Street, Suite 2130 |
| GREENBERG TRAURIG, LLP | San Diego, CA 92101 |
| 3773 Howard Hughes Parkway | |
| Suite 500 North | *Attorneys for Plaintiff and the Class* |
| Las Vegas, Nevada 89169 | |
| *Attorneys for Defendants* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: May 29, 2020