1  Mark R. Thierman (Bar No. 8285)
2  mark@thiermanbuck.com
   Joshua D. Buck (Bar No. 12187)
3  josh@thiermanbuck.com
   Leah L. Jones (Bar No. 13161)
4  leah@thiermanbuck.com
   THIERMAN BUCK, LLP
5  7287 Lakeside Drive
6  Reno, Nevada 89511
   Tel.: (775) 284-1500
7  Fax.: (775) 703-5027

8  David R. Markham (*Pro Hac Vice*)
   dmarkham@markham-law.com
9  THE MARKHAM LAW FIRM
   750 B Street, Suite 1950
10 San Diego, CA 92101
   Tel.: (619) 399-3995
11 Fax.: (619) 615-2067
12
   *Attorneys for Plaintiffs*
13

14

15              **UNITED STATES DISTRICT COURT**
16
                      **DISTRICT OF NEVADA**
17

18 CHARDE EVANS, on behalf of herself, and        Case No.: 2:10-CV-1224-JCM-VCF
   all others similarly situated,
19                                                 **DECLARATION OF JOSHUA D. BUCK
                                                   IN SUPPORT OF PLAINTIFF'S
                        Plaintiff,                 UNOPPOSED MOTION FOR FINAL
20                                                 APPROVAL OF CLASS ACTION
           v.                                      SETTLEMENT**
21
   WAL-MART STORES, INC., and DOES 1
22 through 50, Inclusive,
23
                        Defendant.
24

25

26 I, Joshua D. Buck, being duly sworn, upon oath, deposes and says:

27         1.     The following declaration is based upon my own personal observation and

28 knowledge, and if called upon to testify to the things contained herein, I could competently so

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

testify.

2.      I am an attorney at law and Partner with Thierman Buck, LLP.  I am admitted to practice law in the states of California and Nevada, and the United States District Court District of Nevada, Northern District of California, Southern District of California, Central District of California, the Sixth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.  Attached hereto as Exhibit A is a current CV which lists my qualifications and case experience.

3.      I am one of the attorneys of record for Plaintiffs Charde Evans and Lisa Pizzurro-Westcott in this action against Defendant Wal-Mart Stores Inc. ("Walmart").  I have handled all aspects of this litigation from the lower court proceedings to the appellate process and including the negotiations of the Settlement Agreement.  This Declaration in support of final approval adopts the terms and conditions set forth in the "Joint Stipulation of Settlement and Release between Plaintiff and Defendant" ("Settlement"), *see* ECF No. 128-1.

**<u>Case Specific Information and Summary of Settlement Negotiations</u>**

4.      This action has been heavily litigated.  Plaintiff Evans filed her first motion to certify class on July 24, 2012, and renewed it on April 2, 2013.  (ECF Nos. 39 and 49.)  On January 24, 2014, the Court granted Walmart's motion for summary judgment and denied Plaintiff's first renewed motion to certify class as moot.  (ECF No. 60.)  The Ninth Circuit reversed the Court's grant of summary judgment and remanded.  (ECF No. 69.)  The Ninth Circuit held that Evans was entitled to seek waiting time penalties under NRS §§ 608.040 and 608.050 because: (1) Walmart's settlement with the Nevada Labor Commissioner did not address waiting time penalties, (2) overtime pay is a form of wages under both NRS § 608.040 and Nevada law, and (3) Evans was employed pursuant to an oral contract. (ECF No. 69.)  .

5.      After the Ninth Circuit's reversal and remand, Plaintiff filed a second renewed motion for class certification.  (ECF No. 70.)  The case was subsequently stayed, pending the determination by the Nevada Supreme Court's decision on whether or not a private right of action exists to pursue claims under NRS Chapter 608.  *Neville v. Eighth Judicial District Court in & for County of Clark*, 406 P.3d 499 (2017).  On December 7, 2017, the Nevada

DECLARATION OF JOSHUA D. BUCK IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

THERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thermanbuck.com www.thermanbuck.com

Supreme Court decided *Neville*, holding that "NRS Chapter 608 provides a private right of action for unpaid wages." *Neville*, 406 P.3d at 500.  On December 29, 2017, Plaintiff renewed her motion for class certification.  On July 11, 2018, the Court partially granted Plaintiff's motion, certifying a class of employees who voluntarily terminated employment with Walmart under NRS § 608.040.  (ECF No. 100.)  The court ordered the Parties to brief the content and timing of the class notice.

6.      The case was subsequently stayed to allow Parties to engage in private mediation.  (ECF No. 102.)  The Parties engaged in three mediation sessions, but the mediations were unsuccessful.  On November 7, 2018, Plaintiff filed a motion to amend the partial certification order, and a motion to amend complaint to add an additional plaintiff, Ms. Pizzurro-Westcott, who could represent a class of employees who terminated their employment with Wal-Mart involuntarily, under NRS 608.040 and NRS 608.050.  (ECF Nos. 106-107.) The Court denied Plaintiff's motions on July 24, 2019.  (ECF No. 114.)

7.      Next, the Parties filed a discovery plan and agreed upon a proposed notice to the certified class. (ECF Nos. 116 and 122.)  At the same time, the Parties continued the settlement dialogue, and after a year of contentious, arm's length negotiations following the last mediation session, the Parties settled this case.

8.      Finally, on February 24, 2020 the Court granted Plaintiffs' unopposed Motion for Preliminary Approval of Class Action Settlement and allowed Plaintiff Lisa Pizzurro-Westcott to be added as a Named representative Plaintiff.  (ECF No. 129.)

9.      Throughout the last 10 years, this case has been subject to numerous dispositive motions, gone up on appeal to the Ninth Circuit, and has been stayed pending the resolution of one of the most critical issues in Nevada's wage an hour law of the last decade—whether employees have a private right of action to bring claims for unpaid wages and penalties. Having participated in every aspect of all of the motion practice and having been the attorney who argued the critical private right of action issue before the Nevada Supreme Court in *Neville v. Terrible Herbst*, I am intimately aware of the hurdles that Plaintiffs had to overcome to even be in a position to negotiate a settlement in this case.  There have been 3 formal

THERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thermanbuck.com www.thermanbuck.com

mediations in this case and years of informal settlement discussions that resulted in the Parties' settlement.  During those discussions, the Parties fully set forth their relative strengths and weaknesses of continued litigation.

### Settlement Agreement Provides Significant Value

10.      In my opinion, the settlement achieved in this case represents an exceptional result on behalf of all Class Members.  Specifically, the $8,700,000.00 gross recovery for Class Members is significant considering the risks of further litigation, the various legal arguments as to the appropriateness of class-wide relief in this action (in particular claims on behalf of employees who voluntarily ended their employment), and the liability and amount owed to class members.

11.      As set forth in the Court's Preliminary Order (ECF No. 129) the Settlement provides for a maximum settlement amount of $8,700,000.00.   Out of that amount, the following approximate breakdown applies: (a) $5,640,000.00 in estimated settlement funds to the Class; (b) no more than $50,000.00 in fees and expenses to the Claims Administrator; (c) $15,000.00 Incentive Payment to Plaintiff and Class Representative Charde Evans, and $5,000.00 to proposed Plaintiff and Class Representative Lisa Pizzurro-Westcott for their service as Class Representatives; (d) $2,900,000.00 in attorneys' fees (approximately one-third of the maximum settlement amount); and (e) no more than $65,00.000 in litigation costs.

12.      Given the significant legal and factual uncertainty relating to these defenses, the $8,700,000.00 settlement represents a satisfactory recovery based on the alleged violations. The potential liability for Defendant for Plaintiffs' claim for 30-day wages for all terminated employees (both voluntarily and involuntarily terminated) was approximately $9,612,004.80. Thus, the settlement of $8,700,000.00 represents over 90% of the potential recovery for 30-day wages.

13.      The settlement represents a significant recovery on behalf of the Class given the risks associated with this case and the decade long contentious litigation including extensive motion practice, an appeal to the Court of Appeals for the Ninth Circuit, and multiple mediation sessions.   This is especially applicable to the members of the Involuntary

DECLARATION OF JOSHUA D. BUCK IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

Termination Class who, based on the Court's partial certification order, and its further denial to add a class representative for the Involuntarily Terminated Class, may be (based on Defendant's arguments) outside of the statute of limitations and hence without any legal recourse to obtain their continuation wages.

14.     Myself and my Partner, Mark R. Thierman, along with our co-Counsel at the Markham Law Firm and the United Employees Law Group have extensive experience in wage and hour class actions, as well as class action litigation generally.   Accordingly, we have conducted a thorough investigation into the facts of this case and have diligently pursued an investigation of the claims against Walmart, including, but not limited to: (i) reviewing relevant documents; (ii) researching the applicable law and the potential defenses; (iii) developing the arguments for class certification and other significant motions on the merits; (iv) litigating these issues at the District Court and in the Ninth Circuit; and (v) advocating for the rights of the certified and non-certified class.   Based on our own independent investigation and evaluation, Settlement Class Counsel are of the opinion that the Settlement is fair, reasonable, and adequate and is in the best interest of the Settlement Class Members in light of all known facts and circumstances, including the risk of significant delay, the defenses asserted by Walmart, trial risk, and continued appellate risk.

**Ms. Evan's and Ms. Pizzuro-Westcott's Service Awards Are Well Deserved**

15.     The requested enhancement payment of $15,000.00 to the named Plaintiff Charde Evans is fair and reasonable.  Plaintiff Charde Evans has been a named Plaintiff in this action for over 10 years, assisting her counsel at multiple stages of litigation throughout the decade-plus long litigation which included appellate review and contentious litigation.  Plaintiff also participated in multiple call conferences with counsel, provided and reviewed documents and pleadings, and was on standby during three mediation sessions.  Further, Plaintiff incurred personal risk in bringing this lawsuit on behalf of the other persons in the Class and could have been held liable for Defendants' costs if they were ultimately unsuccessful in resolving the case and her potential employment opportunities could (and can still be) impacted because of her public participation in this lawsuit.

THERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thermanbuck.com www.thermanbuck.com

16.     The requested enhancement payment of $5,000.00 to the named Plaintiff Lisa Pizzurro-Westcott is fair and reasonable.   Ms. Pizzurro-Westcott, stepped in to represent a group of the involuntarily terminated employees, and made herself available to further assist counsel in this litigation, even though she lives in New York.   Further, Plaintiff incurred personal risk in bringing this lawsuit on behalf of the other persons in the Class and could have been held liable for Defendants' costs if they were ultimately unsuccessful in resolving the case and her potential employment opportunities could (and can still be) impacted because of her public participation in this lawsuit.

### Settlement Administration

17.     The Claims Administrator, Simpluris flawlessly carried out the Court's Order to facilitate Notice of the Settlement to 4,358 Class Members.   The Notice and disclosures to the Class Member contained sufficient information to all Class Members to make an informed decision about whether to participate, opt-out, or object to the Settlement.   The named-Plaintiffs' enhancement and attorneys' fees and cost award are prominently displayed on the Notice.   The claim form was simple and straightforward.   The Settlement and Notice further provided that following the Notice period the Court will hold a final fairness hearing to provide final review of the Settlement and an additional opportunity for the Parties and Class Members to address any issues raised by the Class Members and/or the Court.   No requests for exclusion and no objections were received by Simpluris or Class Counsel.

18.     Only 208 Notice packets of the 4,348 mailed were undeliverable.   One-hundred and thirty-five (135) Class Members provided valid claim forms.   This represents 3.7% of the net settlement fund or $209,420.00. Of the 151 claims, there are 77 claims from the Voluntary Terminations Class and 74 claims from the Involuntary Termination Class. The highest claim mount is approximately $2,625.00, the average claim amount is approximately $1,387.00, and the lowest claim amount is approximately $365.00.

19.     The Court approved Simpluris, Inc. to serve as the Settlement Administrator in its Preliminary Approval Order including the allocation of up to $50,000.00 in costs for the administration.   This amount was also included on the Notice to Class Members and no Class

Members objected.  Simpluris has since provided an invoice for their services in the amount of $36,805.00.  *See* Cita Dec., ¶ 13.  Accordingly, I believe that the fee of $36,805.00 for services rendered by Simpluris should be finally approved.

### **Attorneys' Fees**

20.     In addition to my experience as set forth in paragraph 2 and the accompanying CV, my law Partner, Mark R. Thierman's experience is set forth in his declaration filed concurrently herewith.

21.     In addition, our Associate Leah L. Jones has devoted significant hours in the prosecution of this action.  Ms. Jones is admitted to practice law in the states of California and Nevada.  I am also admitted to the United States District Court District of Nevada, Central District of California, Northern District of California, Eastern District of California, Southern District of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.  She has been and Associate at Thierman Buck, LLP since 2013 and has been working exclusively on employee matters.  In this case, she has assisted in drafting and review of motions, legal research, and communication between Co-Counsel, Defense Counsel, and the Claims Administrator.

22.     Thierman Buck, LLP is one of only two firms in Northern Nevada that practice wage and hour law with an emphasis on class action litigation on behalf of employee-plaintiffs.  On average, Thierman Buck, LLP receives 3-5 calls per day from potential clients seeking redress for unpaid wages and other employment related concerns.  As a result of having accepted this particular case and having invested attorney time, Plaintiffs' Counsel has been precluded from taking additional cases.

23.     Over the past ten (10) years, the Thierman Buck law firm has spent significant time in the litigation of this case as specified in the case history above.  This time included attorney time in the form of investigating the claims and drafting pleadings, law and motion practice, reviewing documents and researching legal authorities, handling all aspects of the appeal to the Ninth Circuit, preparing for and attending three mediation sessions, and extensive

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

communications and meetings among the parties and counsel, solely on a contingency fee basis with no guarantee whatsoever of any recovery.

24.     Class Counsel disclosed that a contingency fee of one-third would be sought and the retainer agreement signed by Plaintiffs set forth the fact that the attorneys' fees in this case must be approved by the court up to 33.3% of the total recovery.  In addition, the Notice to Class Members included the amount of fees sought by Class Counsel and no Class Member objected.

25.     Furthermore, the work done on this case to date and the continued work on this case will necessarily preclude other work.   While it is true, Plaintiffs' Counsel was not required to take Plaintiffs' case, upon taking this case, Thierman Buck, LLP was bound by both the ABA Rules of Professional Conduct and the Nevada Rule of Professional Conduct, specifically, but not limited to:  Rule 1.1 to competently represent Plaintiff with thoroughness and preparation reasonably necessary for the representation; Rule 1.3 to act with reasonable diligence and promptness in representing a client; and, Rule 2.1, as an advisor, exercise independent professional judgment and render candid advice by referring not only to the law but to other considerations such as moral, economic, social and political factors, that may be relevant to the client's situation.  Class Counsel will continue to competently and diligently represent all Settlement Class Members throughout the claim processing, for questions, and concerns to make sure each Class Member receives his or her settlement.

## Costs

26.     Thierman Buck, LLP's expenses in this matter equal a total of $23,742.43. These expenses were reasonable expended and necessary in furtherance of the litigation. These expenses are reflected in the books and records of Class Counsel's firms and a true and correct itemization of those costs is attached hereto as Exhibit B. Additionally, Class Counsel will likely incur an additional $1,500.00 should in-person travel for the Final Approval hearing be allowed.

27.     In addition, our co-counsel have expended $16,888.55 for the Markham Law Firm and $1,863.63 for the United Employees Law Group.   Thus, the combined expenses

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

incurred by Class Counsel equal a total of $43,994.61, which is less than the $65,000.00 indicated in the Notice to Class Members.  Because no Class Members objected to the Costs and because the actual amount is significantly less, Class Counsel seeks a total reimbursement of $43,994.61 in expenses incurred during the course of the litigation.

## Conclusion

1.      In sum, the terms and conditions of this Settlement are the result of lengthy, intensive arms-length negotiations between the Parties resulting in a compromise beneficial to the Class Members. It is my opinion that the Settlement is fair, reasonable, and adequate; therefore, I respectfully request that the Court grant final approval of the Settlement.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

Executed on June 5, 2020, in Reno, Nevada.

_/s/Joshua D. Buck_____
Joshua D. Buck

## Index of Exhibits

| | | |
|---|---|---|
| **Exhibit A** | Josh Buck CV | 6 Pages |
| **Exhibit B** | Thierman Buck, LLP Costs & Expenses | 3 Pages |

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

DECLARATION OF JOSHUA D. BUCK IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

# EXHIBIT A

Joshua D. Buck CV

**EXHIBIT A**



7287 Lakeside Drive
Reno, NV 89511
T: (775) 284-1500
F: (775) 703-5027
info@thiermanbuck.com
www.ThiermanBuck.com

**Joshua D. Buck**
**Partner, Thierman Buck LLP**

**Case Experience**

*Walden, et al. v. State of Nevada; Nevada Department of Corrections,* 941 F.3d 350 (9th Cir. 2019) (affirming lower court decision and holding that the State of Nevada has waived its sovereign immunity from a suit for wages under the FLSA)

*In re: Amazon.Com, Inc. Fulfillment Ctr. Fair Labor Standards Act (FLSA) & Wage & Hour Litig.,* 905 F.3d 387 (6th Cir. 2018) (reversing lower court decision and holding that Nevada wage-hour statutes do not follow federal Portal-to-Portal Act)

*Neville v. Eighth Judicial Dist. Court in & for Cty. of Clark,* 406 P.3d 499 (Nev. 2017) (successfully arguing in the Nevada Supreme Court that Nevada employees had a private right of action to sue for unpaid wages in court)

*Cesarz, et al. v. Wynn Las Vegas, LLC, et al.,* 816 F.3d 1080 (9th Cir. 2016) consolidated on appeal with *Oregon Rest. & Lodging Ass'n v. Perez* (successfully arguing on appeal that the 2011 Department of Labor tip pooling Regulations were valid, and the district court erred in dismissing the action)

*Evans v. Wal–Mart Stores, Inc.,* No. 14-16566, 2016 WL 4269904, at *1 (9th Cir. Aug. 15, 2016) (reversing lower court decision and holding that waiting time penalties were recoverable for overtime pay violations)

*Busk v. Integrity Staffing Solutions, Inc.,* 713 F.3d 525 (9th Cir. Nev. Apr. 12, 2013) (holding that plaintiffs could bring hybrid FLSA collective actions and Rule 23 class action in the same action), rev'd on other grounds by *Integrity Staffing Sols., Inc. v. Busk,* 135 S. Ct. 513, 190 L. Ed. 2d 410 (2014) (wherein the Supreme Court held that the time spent undergoing mandatory anti-theft screenings at the end of the workday was a non-compensable postliminary activity pursuant to the Portal to Portal Act)

*Martinez v. John Muir Health,* Case No. 4:17-cv-05779-CW (N.D. Cal.) ($9.5 million collective and class action settlement on behalf of patient care employees who worked off the clock)

*Baltimore v. Lifetime Fitness,* Case No. A-18-782512-C (Clark County, Nevada, District Court) ($500,000 class settlement on behalf of hourly-paid employees for off the clock work and improperly overtime rate calculations)

*Hernandez v. Rabobank,* Case No. S-1500-cv-284159LHB (Kern County, California Superior Court) ($1,050,000 class settlement for failure for pay minimum wage and overtime pay to Mortgage Loan Officers, Loan Officers and other commissioned employees)

*Deweese, et al v. ITS National LLC,* Case No. 3:18-cv-00375-MMD-WGC (D. Nev.) ($675,000 collective and class settlement on behalf of employees who were misclassified as exempt and were not paid the proper overtime premium under the federal Fair Labor Standards Act and Nevada wage and hour law)

*Dimizio v. Blazin Wings,* Case No. A-18-771424-C (Clark County, Nevada, District Court) ($1,921,327.57 class settlement for shift jamming and failure to pay daily overtime)

*Jolly, et al v. XPO Logistics Inc,* Case No. 4:17-cv-00186-FJG (United States District Court, Western District of Missouri) ($5,900,000 collective and class settlement on behalf of misclassified sales and carrier representatives for unpaid wages, including straight time, and overtime)

*Zimmerman v. Buddha Entertainment,* Case No. 2:18-v-01460-JAD-CWH (D. Nev.) ($500,000 class settlement for Nevada minimum wage and overtime violations)

*Williams v. WG Stateline LLC; Paragon Gaming, Inc.; Neva One LLC; Hard Rock Hotel & Casino LLC,* Case No. A-18-769883-C (Clark County, Nevada, District Court) ($520,000 class settlement on behalf of employees at various hotel/resort/ casino properties for unpaid wages, overtime wages, and breach of contract for failure to pay employees for pre-shift work)

*Pierce v. Encore Health Resources, LLC;* Case No. 3:18-cv-04097-WHO (United States District Court, Northern California District) ($2,378,000 collective and class settlement on behalf of non-exempt consultants for failure to pay wages due, overtime wages, and to provide accurate wage statements)

*Saldana, et al. v. SMX, LLC*, Master File No. 14-MC-2504 (W.D. Ky.) ($3,773,002.50 class action settlement on behalf of persons who worked at Amazon.com fulfillment warehouses in California for the time spent going through the anti-theft security screening at the beginning of the meal period and at the end of the shift)

*Robert Mina, et al. v. Amazon.com, Inc., et al.*, Case No 15-2-23879-5-SEA (King County, Wash.) ($2.5 million settlement on behalf of Amazon fulfillment warehouse workers for being required to undergo security screenings before their lunch breaks and at the end of the shift)

*Mesa Zeleke v. Ike Gaming, Inc., et al.*, Case No. A-18-769220-C (Clark County, Nevada, District Court) ($700,000 class settlement for Nevada minimum wage violations)

*Mustafa Yousif, et al. v. The Venetian Resort, LLC, et al.*, Case No. 2:16-cv-02941-RFB-NJK (D. Nev.) ($1.225 million class settlement for Fair Credit Reporting Act (FCRA) violations)

*Monique Woods v. American Homes 4 Rent, LP,* Case No. A-18-777456-C (Clark County, Nevada, District Court) ($500,000 class settlement on behalf of call center employees for off the clock work and improperly overtime rate calculations)

*London Aaron v. Wenevada, LLC*, Case No. A-18-777457-C (Clark County, Nevada, District Court) ($600,000 class settlement for shift jamming and failure to pay daily overtime)

*Anthony Hernandez v. PJ Las Vegas, LLC, et al.*, Case No. A-17-762477-C (Clark County, Nevada, District Court) ($600,000 class settlement for shift jamming and failure to pay daily overtime)

*Christy McSwiggin, et al. v. Omni Limousine*, Case No. 2:14-cv-02172-JCM-NJK (D. Nev.) ($200,000 settlement on behalf of 15 opt-in plaintiffs for unpaid minimum and overtime wages)

*Robert Greene, et al. v. Jacob Transportation Services, LLC, et al.*, Case No. 2:09-cv-00466-GMN-CWH (D. Nev.) ($1.4 class settlement on behalf of limo drivers who were denied their minimum and overtime wages)

*Emil Botezatu v. Las Vegas Limousines, LLC*, Case No. 2:16-cv-00397-RFB-PAL (D. Nev.) ($718,416.10 class settlement on behalf of limousine drivers where were not compensated weekly overtime)

*Woodrow Tompkins, et al. v. Farmers Group Inc., et al.*, Case No. 14-cv-03737-JFL (E.D. Pa.) ($775,000 class settlement on behalf of insurance adjusters for pre and post shift work)

*Jeremy Ortiz, et al. v. American Casino & Entertainment Properties, LLC*, Case No. A-17-756093-C (Clark County, Nevada, District Court) ($1.075 million class settlement for unlawful rounding of employee hours)

*Steven James v. WG-Harmon, LLC, et al.*, Case No. A-17-761091-C (Clark County, Nevada, District Court) ($900,000 class settlement for unlawful rounding of employee hours)

*Anthony Windom, et al. v. K-Kel, Inc.*, Case No. A-17-765720-C (Clark County, Nevada, District Court) ($1 million class settlement for Nevada minimum wage violations)

*Afrouz Nikmanesh, et al. v. Wal-Mart Stores, Inc.,* Case No. 8:15-cv-00202-AG-JCG (C.D. Cal.) ($800,000 class and collective action settlement on behalf of Pharmacists who were required to attend immunization trainings and certifications without compensation)

*Kwesi Jones, et al. v. Farmers Insurance Exchange,* Case No. BC412413 (Los Angeles County Superior Court) ($3,900,000 class action settlement for unpaid wages resulting from pre-shift work on behalf of insurance claims adjusters)

*Richard Balint v. Paris LV Operating Co., LLC*, Case No. A-16-731891-C (Clark County, Nevada, District Court) ($525,000 class and collective action settlement on behalf of employees who were classified as exempt from overtime)

*Christina John, et al. v. Caesars Enterprise Services*, Case No. A-16-743972-C (Clark County, Nevada, District Court) ($1 million class and collective action settlement on behalf of call center employees who did not receive compensation for pre and post shift work activities)

*Randy Clayton, et al. v. On Demand Sedan Services, Inc.*, Case No. A-16-734923-C (Clark County, Nevada, District Court) ($424,500 class and collective action settlement on behalf of limousine drivers were not incorrectly classified as exempt from overtime)

*Markus Levert, et al. v. Trump Ruffin Tower I, LLC d/b/a Trump International Hotel Las Vegas*, Case No. A-14-700559-C (Clark County, Nevada, District Court) ($130,000 class and collective action settlement for off-the-clock violations)

*Brandy Welch, et al. v. Golden Gate Casino, LLC d/b/a Golden Gate Hotel & Casino,* Case No. 2:13-cv-01089-RFB-GWF (D. Nev.) ($750,000 class and collective action settlement on behalf of casino employees who were not paid for training time, pre-shift activities, and who were not paid the correct overtime rate of pay)

*Jamye Berry v. Aria Resort & Casino, LLC,* Case No. 2:14-cv-01321-APG-VCF (D. Nev.) ($860,000 class and collective action settlement on behalf of table games supervisors who were not paid overtime)

*Judith Smith v. Mandalay Corporation d/b/a Mandalay Bay Resort and Casino,* Case No. 2:14-cv-02158-APG-VCF (D. Nev.) ($100,000 settlement on behalf of poker room employees who were required to perform work activities without compensation)

*Nicole McDonagh, et al. v. Harrah's Las Vegas, Inc.,* Case No. 2:13-cv-01744-CWH (D. Nev.) ($850,000 class and collective action settlement on behalf of casino dealers who were required to attend pre-shift meetings off-the-clock)

*Darlene Lewis v. Nevada Property 1, LLC,* Case No. 2:12-cv-01564-RFB-GWF (D. Nev.) ($9.75 million settlement on behalf of employees for pre-shift work activities)

*Raymond Sullivan, et al. v. Desert Palace, Inc. d/b/a Caesars Palace*, Case No. A-14-710505-C (Clark County, Nevada, District Court) ($1.3 million collective and class action settlement on behalf of employees who picked up a cash bank off-the-clock)

*Raymond Sullivan, et al. v. Riviera Holdings Corp. dba Riviera Hotel and Casino*, Case No. 2:14-cv-00165-APG-VCF (D. Nev.) ($690,000 collective and class action case on behalf of employees who used a cash bank)

*Tiffany Sargant, et al. v. HG Staffing, LLC, MEI-GSR Holdings LLC dba Grand Sierra Resort*, Case No. 3:13-cv-453-LRH-WGC (D. Nev.) (conditionally certified class of employees who worked off-the-clock, including employees who use a cash bank)

*Danielle Ficken, et al. v. New Castle Corp. dba Excalibur Hotel and Casino*, Case No. 2:13-cv-00600-APG-GWF (D. Nev.) ($1.1 million collective and class settlement on behalf of employees who use a cash bank)

*Tenisha Martin, et al. v. Ramparts, Inc. dba Luxor Hotel and Casino*, 2:13-cv-00736-APG-VCF (D. Nev.) ($1.3 million collective and class settlement on behalf of employees who use a cash bank)

*Dorothy Turk-Mayfield v. Wynn Las Vegas, LLC*, Case No. A-13-683389-C (Clark County, Nevada, District Court) ($1.8 million class action settlement for off-the-clock banking activities)

*Darlene Lewis v. ARIA Resort & Casino, LLC*, Case No. A-12-663812-C (Clark County, Nevada, District Court) ($1.39 million class action settlement for off-the-clock banking activities)

*Natalie Antionett Garcia, et al. v. American General Finance Management Corporation, et al.*, Case No. 09-CV-1916-DMG (OPx) (C.D. Cal.) ($1.7 million class settlement improper payment of wages)

*Jeffrey Clewell v. Heavenly Valley Ltd*, Case No. 12-CV-00282-DC (Douglas County, Nevada, District Court) ($625,000 class settlement for unpaid overtime and waiting time penalties)

*Salvador Duarte, et al. v. General Parts, Inc., et al.*, Case No. RG-13-670382 (Alameda County, California, Superior Court) ($650,000 class action settlement for alleged off-the-clock violations)

*Victor Zapata v. M.C. Gill Corporation*, Case No. BC409066 (Los Angeles County, California, Superior Court) (reaching a $1 million class settlement for improper rounding)

*Clarence Edwards v. Circus Circus Casinos, Inc.*, Case No. A-14-701172-C (Clark County, Nevada, District Court) ($500,000 class action settlement for alleged off-the-clock violations)

*Pablo C. Martinez, et al. v. Victoria Partners, dba Monte Carlo Resort and Casino*, Case No. 2:14-cv-00144-APG-NJK ($481,224 class action settlement for off-the clock banking violations and pre and post-shift meeting activities)

*Dominique Whitaker, et al. v. Countrywide Home Loans, Inc., et al.,* Case No. CV09-5898-CAS (PJWx) (C.D. Cal.) ($7.5 million class action settlement for alleged off-the-clock violations).

**Speaking Engagements**

Speaker, National Employment Lawyers Association (NELA) Wage and Hour Conference, *Navigating the Challenges in Representing Service Industry or "Tipped" Employees* (2017)

Speaker, South Lake Tahoe Family Resource Center, *Forum on Immigrant Rights in the Workplace* (2017)

Speaker, National Business Institute, *Human Resource Law*

**Selected Publications**

Contributor, Wage and Hour Laws: A State-by-State Survey (3rd Ed.) (2016, 2018)

Co-Author, *Employer-Sponsored Wellness Programs: Should Your Employer Be The Boss of More Than Your Work Life?*, 38 Sw. L. Rev. 465 (2009)

**Past Experience**

Associate, Thierman Law Firm (2010-2015)

Judicial Clerk, Nevada Supreme Court for the Honorable Ron D. Parraguirre (2008-2010)

Law Student Extern, Schonbrun DeSimone Seplow Harris & Hoffman LLP (2008)

Volunteer, Neighborhood Legal Services (NLS) Workers' Rights Clinic

**Admissions**

California (2008)

Nevada (2011)

USDC Northern District of California

USDC Southern District of California

USDC Central District of California

USDC District of Nevada

Sixth Circuit Court of Appeals

Ninth Circuit Court of Appeals

Eleventh Circuit Court of Appeals

United States Supreme Court

**Education**

Southwestern School of Law, J.D., *cum laude* (2008)

University of Iowa, B.A., with honors in History (2001)

# EXHIBIT B

Itemization of Cost

# EXHIBIT B

**3:04 PM**

**05/25/20**

**Thierman Law Firm, A Professional Corporation**

**Job Profit Detail**

**April 1, 1901 through May 6, 2020**

| Date | Source Name | Memo | Account | Amount | Balance |
|------|-------------|------|---------|--------|---------|
| **Wal-Mart adv. Evans** | | | | | |
| 11/10/2010 | Pacer Service Center | | 5092-19 · Pacer Ser... | -0.72 | -0.72 |
| 02/04/2011 | Pacer Service Center | | 5092-19 · Pacer Ser... | -0.32 | -1.04 |
| 04/30/2011 | Wal-Mart adv. Evans | Shipping boxes | 6310 · Office Suppli... | -2.78 | -3.82 |
| 07/22/2011 | Southwest Airlines | | 5092-11 · Travel/Lo... | -431.40 | -435.22 |
| 07/22/2011 | Aria | | 5092-12 · Meals & E... | -122.08 | -557.30 |
| 07/25/2011 | Taxi | | 5092-11 · Travel/Lo... | -23.04 | -580.34 |
| 07/25/2011 | Aria | | 5092-11 · Travel/Lo... | -36.42 | -616.76 |
| 07/26/2011 | Aria | | 5092-11 · Travel/Lo... | -11.20 | -627.96 |
| 07/28/2011 | Southwest Airlines | | 5092-11 · Travel/Lo... | -432.00 | -1,059.96 |
| 08/07/2011 | PrivateTrials.com | Invoice 1427 | 5092-4 · Mediation ... | -1,525.00 | -2,584.96 |
| 09/14/2012 | Postmaster | Account No. 9... | 6255 · Postage and ... | -18.95 | -2,603.91 |
| 09/21/2012 | Southwest Airlines | | 5092-11 · Travel/Lo... | -94.90 | -2,698.81 |
| 10/05/2012 | Venetian | | 5092-11 · Travel/Lo... | -438.71 | -3,137.52 |
| 11/01/2012 | Pacer Service Center | | 5092-19 · Pacer Ser... | -6.10 | -3,143.62 |
| 12/12/2012 | Southwest Airlines | | 5092-11 · Travel/Lo... | -415.60 | -3,559.22 |
| 12/14/2012 | Peppermill | With David M... | 5092-12 · Meals & E... | -626.80 | -4,186.02 |
| 12/14/2012 | Taxi | Mark | 5092-11 · Travel/Lo... | -46.80 | -4,232.82 |
| 12/14/2012 | Taxi | Mark | 5092-11 · Travel/Lo... | -40.00 | -4,272.82 |
| 12/15/2012 | Meals | Mark - Golden... | 5092-12 · Meals & E... | -25.98 | -4,298.80 |
| 03/08/2013 | LexisNexis | 1052F6 | 5092-10 · Research ... | -112.61 | -4,411.41 |
| 05/07/2013 | Pacer Service Center | | 5092-19 · Pacer Ser... | -1.00 | -4,412.41 |
| 06/10/2013 | LexisNexis | 1052F6 | 5092-10 · Research ... | -100.11 | -4,512.52 |
| 06/22/2013 | FedEx | 1197-5568-9 | 5092-3 · Postage/M... | -20.81 | -4,533.33 |
| 07/25/2013 | Mark Thierman | Meeting with ... | 5092-12 · Meals & E... | -69.36 | -4,602.69 |
| 07/25/2013 | Mark Thierman | Meeting wth D... | 5092-12 · Meals & E... | -249.75 | -4,852.44 |
| 08/07/2013 | Pacer Service Center | | 5092-19 · Pacer Ser... | -0.60 | -4,853.04 |
| 08/07/2013 | Pacer Service Center | | 5092-19 · Pacer Ser... | -6.70 | -4,859.74 |
| 03/14/2014 | Thomson West | Acct: 100010... | 5092-10 · Research ... | -170.93 | -5,030.67 |
| 03/14/2014 | Thomson West | Acct: 100010... | 5092-10 · Research ... | -8.26 | -5,038.93 |
| 04/18/2014 | Thomson West | Acct 1001047... | 5092-10 · Research ... | -205.52 | -5,244.45 |
| 08/13/2014 | Courts/USDC-NV | Jasmin - waiti... | 5092-7 · Filing & Ser... | -505.00 | -5,749.45 |
| 11/04/2014 | Pacer Service Center | | 5092-19 · Pacer Ser... | -0.30 | -5,749.75 |
| 11/15/2014 | FedEx | 1197-5568-9 | 5092-1 · Faxes | -40.97 | -5,790.72 |
| 12/02/2014 | Braido's Deli-Cafe | Josh | 5092-12 · Meals & E... | -9.64 | -5,800.36 |
| 12/09/2014 | Thomson West | Invoice 83061... | 5092-10 · Research ... | -131.60 | -5,931.96 |
| 12/09/2014 | Thomson West | Account# 100... | 5092-10 · Research ... | -387.22 | -6,319.18 |
| 01/01/2015 | Sierra Legal Duplica... | Invoice: DEC ... | 5092-2 · Photocopie... | -484.89 | -6,804.07 |
| 01/27/2015 | FedEx | 1197-5568-9 | 5092-3 · Postage/M... | -151.10 | -6,955.17 |
| | Total Wal-Mart adv. Evans | | | -6,955.17 | -6,955.17 |
| **TOTAL** | | | | **-6,955.17** | **-6,955.17** |

3:06 PM

05/25/20

# Thierman Buck LLP
# Job Profit Detail
### December 1, 2014 through May 11, 2020

| Date | Source Name | Memo | Account | Amount | Balance |
|------|-------------|------|---------|--------|---------|
| **Wal Mart adv Evans** | | | | | |
| 02/03/2015 | Pacer | | 5092-8 Pacer Resea... | -9.50 | -9.50 |
| 03/16/2015 | Sierra Legal Duplica... | Invoice: Mar 1... | 5092-2 Copies | -102.30 | -111.80 |
| 03/31/2015 | FedEx | | 5092-3 Postage | -36.57 | -148.37 |
| 05/04/2015 | Pacer | | 5092-8 Pacer Resea... | -3.90 | -152.27 |
| 05/18/2015 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -134.75 | -287.02 |
| 05/18/2015 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -692.62 | -979.64 |
| 05/18/2015 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -110.37 | -1,090.01 |
| 07/07/2015 | Meals | Josh- Heyday... | 5092-12 Meals | -30.38 | -1,120.39 |
| 07/07/2015 | Meals | Josh- Cozmic ... | 5092-12 Meals | -2.16 | -1,122.55 |
| 07/07/2015 | Fuel | Josh - Lake T... | 5092-11 Travel | -52.11 | -1,174.66 |
| 07/07/2015 | Meals | Josh- subway | 5092-12 Meals | -10.63 | -1,185.29 |
| 09/08/2015 | La Cucina | | 5092-12 Meals | -54.78 | -1,240.07 |
| 12/18/2015 | Thierman Law Firm | Sierra legal D... | 5092-2 Copies | -484.89 | -1,724.96 |
| 12/18/2015 | Thierman Law Firm | FedEx | 5092-3 Postage | -151.10 | -1,876.06 |
| 07/07/2016 | Meals | Josh Verde M... | 5092-12 Meals | -12.30 | -1,888.36 |
| 07/07/2016 | Wireless service | Josh- comput... | 5092-11 Travel | -6.90 | -1,895.26 |
| 07/07/2016 | Meals | | 5092-12 Meals | -147.26 | -2,042.52 |
| 07/08/2016 | Meals | Josh- Hogwash | 5092-12 Meals | -44.47 | -2,086.99 |
| 07/08/2016 | Chevron | | 5092-11 Travel | -48.79 | -2,135.78 |
| 07/08/2016 | Starbucks | | 5092-12 Meals | -2.75 | -2,138.53 |
| 07/08/2016 | Meals | Josh- Blue Bo... | 5092-12 Meals | -18.54 | -2,157.07 |
| 07/08/2016 | Meals | | 5092-12 Meals | -6.26 | -2,163.33 |
| 07/08/2016 | Hyatt Hotels | | 5092-11 Travel | -383.15 | -2,546.48 |
| 07/08/2016 | Wireless service | Mark - charging | 5092-11 Travel | -5.00 | -2,551.48 |
| 07/08/2016 | Meals | | 5092-12 Meals | -45.01 | -2,596.49 |
| 07/08/2016 | Meals | | 5092-12 Meals | -45.70 | -2,642.19 |
| 08/14/2016 | Thomson Reuters - ... | Account 1000... | 5092-20 West Law ... | -181.37 | -2,823.56 |
| 09/12/2016 | Bonanza Reporting | Invoice: 78641 | 5092-9 Court Report... | -410.30 | -3,233.86 |
| 09/12/2016 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -80.32 | -3,314.18 |
| 09/12/2016 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -38.29 | -3,352.47 |
| 09/12/2016 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -16.50 | -3,368.97 |
| 09/14/2016 | Pinocchio's Bar and ... | Mark/Jasmin -... | 5092-12 Meals | -79.02 | -3,447.99 |
| 09/19/2016 | La Cucina | Mark/Josh | 5092-12 Meals | -54.78 | -3,502.77 |
| 09/23/2016 | Southwest Airlines | | 5092-11 Travel | -253.98 | -3,756.75 |
| 09/23/2016 | Alaska Air | | 5092-11 Travel | -125.00 | -3,881.75 |
| 09/23/2016 | Southwest Airlines | | 5092-11 Travel | -253.98 | -4,135.73 |
| 09/28/2016 | Southwest Airlines | | 5092-11 Travel | 22.00 | -4,113.73 |
| 09/28/2016 | Hotels.com | | 5092-11 Travel | -166.86 | -4,280.59 |
| 09/28/2016 | Meals | | 5092-11 Travel | -171.68 | -4,452.27 |
| 09/28/2016 | Travel | | 5092-11 Travel | -9.98 | -4,462.25 |
| 09/29/2016 | Meals | | 5092-12 Meals | -102.74 | -4,564.99 |
| 09/29/2016 | Meals | | 5092-12 Meals | -50.77 | -4,615.76 |
| 09/29/2016 | Uber | | 5092-11 Travel | -19.61 | -4,635.37 |
| 09/30/2016 | Hotel | | 5092-11 Travel | -30.80 | -4,666.17 |
| 09/30/2016 | Uber | | 5092-11 Travel | -18.17 | -4,684.34 |
| 09/30/2016 | Uber | | 5092-11 Travel | -33.02 | -4,717.36 |
| 09/30/2016 | Hotel | | 5092-11 Travel | -30.80 | -4,748.16 |
| 09/30/2016 | Travel | | 5092-11 Travel | -10.40 | -4,758.56 |
| 10/04/2016 | The Grill | Mark/Josh | 5092-12 Meals | -76.48 | -4,835.04 |
| 10/07/2016 | Thierman Buck LLP | Evans v Wal... | 4110 · Reimbursed ... | 203.20 | -4,631.84 |
| 10/10/2016 | Katherine Eismann | VOID: Re: W... | 5092-18 Depositions... | 0.00 | -4,631.84 |
| 10/10/2016 | Katherine Eismann | VOID: Re: W... | 5092-18 Depositions... | 0.00 | -4,631.84 |
| 10/10/2016 | Katherine Eismann | Re: Wal Mart ... | 5092-18 Depositions... | -87.00 | -4,718.84 |
| 10/22/2016 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -76.24 | -4,795.08 |
| 10/22/2016 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -265.61 | -5,060.69 |
| 10/22/2016 | Thomson Reuters - ... | Appeal | 5092-5 Westlaw Re... | -10.71 | -5,071.40 |
| 10/25/2016 | FedEx | | 5092-3 Postage | -23.21 | -5,094.61 |
| 10/26/2016 | Los Compadres | Mark/Josh | 5092-12 Meals | -27.87 | -5,122.48 |
| 11/07/2016 | Pacer | | 5092-8 Pacer Resea... | -3.70 | -5,126.18 |
| 11/07/2016 | Pacer | | 5092-8 Pacer Resea... | -5.20 | -5,131.38 |
| 11/20/2016 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -147.43 | -5,278.81 |
| 11/20/2016 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -82.66 | -5,361.47 |
| 12/05/2016 | The Grill | Mark/Josh | 5092-12 Meals | -59.55 | -5,421.02 |
| 01/03/2017 | Meals | Josh | 5092-12 Meals | -53.06 | -5,474.08 |
| 01/08/2017 | David A. Rotman | File No. 1771... | 5092-17 Mediation | -5,375.00 | -10,849.08 |
| 01/09/2017 | Southwest Airlines | | 5092-11 Travel | -339.88 | -11,188.96 |
| 01/12/2017 | Hotels.com | | 5092-11 Travel | 440.72 | -10,748.24 |

3:06 PM

05/25/20

**Thierman Buck LLP**
# Job Profit Detail
### December 1, 2014 through May 11, 2020

| Date | Source Name | Memo | Account | Amount | Balance |
|------|-------------|------|---------|--------|---------|
| 01/12/2017 | Hotels.com | | 5092-11 Travel | 275.82 | -10,472.42 |
| 01/12/2017 | Hotels.com | | 5092-11 Travel | -716.54 | -11,188.96 |
| 01/12/2017 | Southwest Airlines | | 5092-11 Travel | -339.88 | -11,528.84 |
| 01/13/2017 | Southwest Airlines | | 5092-11 Travel | 339.88 | -11,188.96 |
| 01/13/2017 | Southwest Airlines | | 5092-11 Travel | 339.88 | -10,849.08 |
| 01/25/2017 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -34.46 | -10,883.54 |
| 02/02/2017 | Southwest Airlines | | 5092-11 Travel | -345.90 | -11,229.44 |
| 02/07/2017 | Pacer | | 5092-8 Pacer Resea... | -3.80 | -11,233.24 |
| 02/07/2017 | Pacer | | 5092-8 Pacer Resea... | -3.20 | -11,236.44 |
| 02/07/2017 | Southwest Airlines | | 5092-11 Travel | 345.90 | -10,890.54 |
| 02/07/2017 | Southwest Airlines | | 5092-11 Travel | -329.88 | -11,220.42 |
| 02/08/2017 | Uber | | 5092-11 Travel | -40.73 | -11,261.15 |
| 02/08/2017 | Meals | | 5092-12 Meals | -5.77 | -11,266.92 |
| 02/08/2017 | Meals | | 5092-12 Meals | -56.76 | -11,323.68 |
| 02/08/2017 | Meals | | 5092-12 Meals | -6.50 | -11,330.18 |
| 02/08/2017 | Starbucks | | 5092-12 Meals | -2.95 | -11,333.13 |
| 02/08/2017 | Meals | | 5092-12 Meals | -1.08 | -11,334.21 |
| 02/09/2017 | Uber | | 5092-11 Travel | -12.74 | -11,346.95 |
| 02/09/2017 | Uber | | 5092-11 Travel | -31.81 | -11,378.76 |
| 02/09/2017 | Meals | | 5092-12 Meals | -3.76 | -11,382.52 |
| 02/09/2017 | Hotel | | 5092-11 Travel | -156.94 | -11,539.46 |
| 02/09/2017 | Starbucks | | 5092-12 Meals | -4.57 | -11,544.03 |
| 02/12/2017 | Taxi | South Tahoe ... | 5092-11 Travel | -29.75 | -11,573.78 |
| 03/01/2017 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -59.01 | -11,632.79 |
| 03/01/2017 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -139.30 | -11,772.09 |
| 03/22/2017 | Josh Buck | Reimburse ca... | 5092-11 Travel | -20.03 | -11,792.12 |
| 03/22/2017 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -71.02 | -11,863.14 |
| 03/22/2017 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -65.47 | -11,928.61 |
| 05/05/2017 | Pacer | | 5092-8 Pacer Resea... | -1.80 | -11,930.41 |
| 06/02/2017 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -25.17 | -11,955.58 |
| 09/13/2017 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -17.56 | -11,973.14 |
| 10/03/2017 | Stamps.com | | 5092-3 Postage | -1.50 | -11,974.64 |
| 01/03/2018 | FedEx | | 5092-3 Postage | -59.37 | -12,034.01 |
| 05/07/2018 | Pacer | | 5092-8 Pacer Resea... | -4.60 | -12,038.61 |
| 07/19/2018 | The Grill | Mark/Josh | 5092-12 Meals | -86.04 | -12,124.65 |
| 07/31/2018 | Meals | Josh w/Mar | 5092-12 Meals | -48.82 | -12,173.47 |
| 10/22/2018 | Meals | Josh | 5092-12 Meals | -3.41 | -12,176.88 |
| 10/22/2018 | Taxi | Mark | 5092-11 Travel | -52.86 | -12,229.74 |
| 10/23/2018 | Reno-Tahoe Airport | Josh | 5092-6 Parking | -27.00 | -12,256.74 |
| 10/23/2018 | Reno-Tahoe Airport | mark | 5092-6 Parking | -16.00 | -12,272.74 |
| 10/23/2018 | Meals | Mark | 5092-12 Meals | -26.60 | -12,299.34 |
| 10/23/2018 | Taxi | Mark | 5092-11 Travel | -13.72 | -12,313.06 |
| 10/24/2018 | PrivateTrials.com | Invoice 3603 | 5092-17 Mediation | -3,525.38 | -15,838.44 |
| 10/24/2018 | Uber | Josh | 5092-11 Travel | -19.55 | -15,857.99 |
| 10/24/2018 | Meals | Mark | 5092-12 Meals | -36.16 | -15,894.15 |
| 12/13/2018 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -11.72 | -15,905.87 |
| 12/13/2018 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -263.24 | -16,169.11 |
| 12/13/2018 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -399.47 | -16,568.58 |
| 02/22/2019 | Thomson Reuters - ... | Invoice: 8389... | 5092-5 Westlaw Re... | -112.83 | -16,681.41 |
| 10/10/2019 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -75.86 | -16,757.27 |
| 04/04/2020 | Thomson Reuters - ... | Account 1000... | 5092-5 Westlaw Re... | -29.99 | -16,787.26 |
| | Total Wal Mart adv Evans | | | -16,787.26 | -16,787.26 |
| **TOTAL** | | | | **-16,787.26** | **-16,787.26** |