UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARDE EVANS,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>WAL-MART STORE, INC.,<br><br>                    Defendant(s). | Case No. 2:10-CV-1224 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Charde Evans v. Wal-Mart Stores, Inc.*, case number 2:10-cv-01224-JCM-VCF.

On July 8, 2020, this court entered its final approval of the parties' class action settlement. (ECF No. 135). The parties' proposed order was adopted. (ECF No. 132).

The parties are ordered to file dismissal paperwork as appropriate to close this matter within seven (7) days of the entry of this order. Failure to do so may lead to sanctions.

Accordingly,

IT IS SO ORDERED.

DATED July 22, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**