| | |
|---|---|
| MARK E. FERRARIO (Bar No. 1625)<br>ERIC W. SWANIS (Bar No. 6840)<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway<br>Suite 500 North<br>Las Vegas, Nevada 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>Email: FerrarioM@gtlaw.com<br>         SwanisE@gtlaw.com<br><br>BRIAN L. DUFFY, ESQ. (*Admitted Pro Hac Vice*)<br>NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*)<br>GREENBERG TRAURIG, LLP<br>1200 Seventeenth Street, Suite 2400<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>Facsimile: (303) 572-6540<br>Email: DuffyB@gtlaw.com<br>         BeerN@gtlaw.com<br><br>*Attorneys for Defendant* | Mark R. Thierman (Nev. Bar 8285)<br>mark@thiermanbuck.com<br>Joshua D. Buck (Nev. Bar 12187)<br>josh@thiermanbuck.com<br>Leah L. Jones (Nev. Bar 13161)<br>leah@thiermanbuck.com<br>THIERMAN BUCK, LLP<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Fax: (775) 703-5027<br><br>David R. Markham (*Admitted Pro Hac Vice*)<br>dmarkham@markham-law.com<br>THE MARKHAM LAW FIRM<br>750 B Street, Suite 1950<br>San Diego, CA 92101<br>Telephone: (619) 399-3995<br><br>*Attorneys for Plaintiff and the Class* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARDE EVANS on behalf of herself and all others similarly situated,<br><br>          Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, Inclusive,<br><br>          Defendant. | Case No. 2:10-cv-01224-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

1

Plaintiff Charde Evans, on behalf of herself and all others similarly situated, and Defendant Wal-Mart Stores, Inc., hereby stipulate that this action be dismissed with prejudice pursuant to this Court's Order Granting Motion for Final Approval of Class Action Settlement (ECF No. 134).

Dated this 29th day of July, 2020.    Respectfully Submitted:

**GREENBERG TRAURIG, LLP**    **THIERMAN BUCK, LLP**

By:  /s/ Naomi G. Beer    By: /s/Joshua D. Buck
BRIAN L. DUFFY, ESQ.(*Admitted Pro Hac Vice*)    MARK R. THIERMAN (Bar No. 8285)
NAOMI G. BEER, ESQ. (*Admitted Pro Hac Vice*)    JOSHUA D. BUCK (Bar No. 12187)
GREENBERG TRAURIG, LLP    7287 Lakeside Drive
1200 Seventeenth Street, Suite 2400    Reno, Nevada 89511
Denver, Colorado 80202

**THE MARKHAM LAW FIRM**
DAVID R. MARKHAM (CA Bar No. 71814)
MARK E. FERRARIO (Bar No. 1625)    600 B Street, Suite 2130
ERIC W. SWANIS (Bar No. 6840)    San Diego, CA 92101
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway    *Attorneys for Plaintiff and the Class*
Suite 500 North
Las Vegas, Nevada 89169

*Attorneys for Defendants*

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED pursuant to the Court's Order Granting Motion for Final Approval of Class Action Settlement (ECF No. 134). The Clerk is directed to close the file.

DATED:  August 3, 2020.

UNITED STATES DISTRICT JUDGE